```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 01961
    CURTIS E PEARSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

              Debtor
    SSN XXX-XX-1800

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/20/2005 and was confirmed 03/16/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/29/2006.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
NATIONAL RECOVERIES      UNSECURED            43.07         .00           .00
EAGLES NEST TOWNHOMES    CURRENT MORTG          .00         .00           .00
EAGLES NEST TOWNHOMES    MORTGAGE ARRE       165.00         .00         43.03
SELECT PORTFOLIO SERVICI CURRENT MORTG          .00         .00           .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE     40181.14         .00      11197.38
TERESE BURTON            PRIORITY         NOT FILED         .00           .00
AND FIN NET              NOTICE ONLY      NOT FILED         .00           .00
BAYBERRY DENTAL CARE     UNSECURED           154.00         .00           .00
CUB FOODS                NOTICE ONLY      NOT FILED         .00           .00
DEPENDON COLLECTION SE   UNSECURED        NOT FILED         .00           .00
DEPENDON COLLECTION SE   UNSECURED        NOT FILED         .00           .00
B-LINE LLC               UNSECURED           714.60         .00           .00
HARVARD COLLECTION SERVI UNSECURED        NOT FILED         .00           .00
MCI COMMUNICATIONS       NOTICE ONLY      NOT FILED         .00           .00
MEICAL RECOVERY SPECIALI UNSECURED        NOT FILED         .00           .00
MEICAL RECOVERY SPECIALI UNSECURED        NOT FILED         .00           .00
NICOR GAS                UNSECURED           590.46         .00           .00
NORTHWESTERN MEDICAL FAC UNSECURED        NOT FILED         .00           .00
NORTHWESTERN MEMORIAL HO UNSECURED        NOT FILED         .00           .00
NORTHWESTERN MEMORIAL HO UNSECURED        NOT FILED         .00           .00
NORTHWESTERN MEMORIAL HO UNSECURED        NOT FILED         .00           .00
PROFESSIONAL ACCOUNT MGM UNSECURED        NOT FILED         .00           .00
RMI/MCSI                 UNSECURED           250.00         .00           .00
USA PAY DAY LOANS        UNSECURED           725.00         .00           .00
RIVER NORTH SAME DAY SUR UNSECURED        NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          2721.56         .00           .00
THADDEUS J HUNT          DEBTOR ATTY       1,600.00                   1,600.00
TOM VAUGHN               TRUSTEE                                        580.22
DEBTOR REFUND            REFUND                                           .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 01961 CURTIS E PEARSON
```

```
                           RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    13,420.63

PRIORITY                                                 .00
SECURED                                            11,240.41
UNSECURED                                                .00
ADMINISTRATIVE                                      1,600.00
TRUSTEE COMPENSATION                                  580.22
DEBTOR REFUND                                            .00
                           ---------------       ---------------
TOTALS                     13,420.63               13,420.63
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 10/04/07              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 05 B 01961 CURTIS E PEARSON